## Mary Ellen Rule *v.* Donald A. Rule

The defendant's petition for certification for appeal from the Appellate Court, 6 Conn. App. 541, is denied.

*Alfred J. Garofolo,* in support of the petition.

Decided July 9, 1986

## John David Lonardelli *v.* Administrators, Department of Income Maintenance

The plaintiff's petition for certification for appeal from the Appellate Court is denied.

*John David Lonardelli,* pro se, in support of the petition.

Decided July 9, 1986

## "C" Fish Company Limited et al. *v.* James F. Shugrue, Commissioner of Transportation, et al.

The plaintiffs' petition for certification for appeal from the Appellate Court, 7 Conn. App. 561, is denied.

*Herbert Watstein,* in support of the petition.

*Denise Martino Phelan,* in opposition.

Decided July 9, 1986

## State of Connecticut *v.* James R. DelVecchio

The defendant's petition for certification for appeal from the Appellate Court, 7 Conn. App. 217, is denied.

*Sue L. Wise,* in support of the petition.

*Steven M. Sellers,* deputy assistant state's attorney, in opposition.

Decided July 9, 1986